UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  GREGORY B. JONES (P15572)

                              Petitioner.

_____/

No. 12-mc-50967
Honorable Patrick J. Duggan
Honorable David M. Lawson
Honorable Mark A. Goldsmith

## ORDER

Petitioner was suspended by the State Bar of Michigan for a period of thirty (30) days effective July 2, 2012, based on his neglect of a client matter involving bankruptcy.  As a result of his suspension from the practice of law in the State of Michigan, he was suspended from practice in the United States District Court and the United States Bankruptcy Court by order entered September 14, 2012.

Petitioner was automatically reinstated to practice in the State of Michigan on August 2, 2012 by virtue of his filing of an "Affidavit of Compliance."

On September 28, 2012, Petitioner filed with this Court an "Affidavit of Compliance with Terms and Conditions of Suspension Order."  On November 15, 2012, Petitioner filed, with this Court, an "Affidavit in Support of Reinstatement," which the Court treated as a petition for reinstatement.

On December 17, 2012, this panel was assigned this "Reinstatement" request.

On February 4, 2013, a hearing was held before this panel.  At this hearing, the panel received information from Petitioner from Petitioner's counsel, Kenneth M. Mogill, and from Kimberly Uhuru, representing the State of Michigan Attorney Grievance Commission.  Ms. Uhuru advised the panel that the Grievance Commission has no objection to Petitioner's

request to be reinstated to practice law in this Court, and the Grievance Commission has received no information that would adversely impact Petitioner's request for readmission to practice law in this Court.

The panel is satisfied that the Petitioner has met the burden of demonstrating by clear and convincing evidence that he has the moral qualifications, competency and learning in the law required for the admission to the practice of law before this Court, and that his resumption of the practice of law will not be detrimental to the integrity and standing of the Bar or to the administration of justice, or subversive of the public interests. (L.R. 83.22(i)(2)).

The panel unanimously agrees that Mr. Jones' petition for reinstatement to practice law in this Court should be granted.

**IT IS ORDERED** that Gregory B. Jones is hereby reinstated is hereby reinstated to practice law in the United States District Court and the United States Bankruptcy Court for the Eastern District of Michigan.

          s/Patrick J. Duggan
          PATRICK J. DUGGAN
          United States District Judge

          s/David M. Lawson
          David M. Lawson
          United States District Judge

          s/Mark A. Goldsmith
          MARK A. GOLDSMITH
          United States District Judge

Dated:       February 5, 2013
                Detroit, Michigan